UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDAll Tyler Hutchison

Write the full name of each plaintiff.

26 CV 8768

______CV______________
(Include case number if one has been assigned)

-against-

**COMPLAINT**

FBI Feild OFFICE New york, newyork
United states attorney New york, newyork
Mayor Zohran Mandani
New york attorney General letitia James

Do you want a jury trial?
☒ Yes ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II. "see Attached!!

RECEIVED
SDNY PRO SE OFFICE
2026 OCT -5 AM 10:41

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1983 Claim; Aid and Abet; Failure to act; Failure to protect; Conspiracy; Fraud upon the courts

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Randall Hutchison, is a citizen of the State of
(Plaintiff's name)

OHIO
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, FBI Feild OFFICE, is a citizen of the State of
(Defendant's name)

_______________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Goverment Agency.

If the defendant is a corporation:

The defendant, _______________, is incorporated under the laws of

the State of New york

and has its principal place of business in the State of new york

or is incorporated under the laws of (foreign state) N/A

and has its principal place of business in N/A.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Randall | T | Hutchison |
| First Name | Middle Initial | Last Name |

P.O Box 300
Street Address

| | | |
|---|---|---|
| Orient | OHIO | 43146 |
| County, City | State | Zip Code |

| | |
|---|---|
| N/A | N/A |
| Telephone Number | Email Address (if available) |

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: FBI Feid OFFICE

First Name Last Name

FBI Agency

Current Job Title (or other identifying information)

26 Federal Plaza 23rd FL

Current Work Address (or other address where defendant may be served)

New york new york 10278

County, City State Zip Code

Defendant 2: United States attorney

First Name Last Name

United States attorney

Current Job Title (or other identifying information)

26 Federal Plaza 37th FL

Current Work Address (or other address where defendant may be served)

new york new york 10278

County, City State Zip Code

Defendant 3: Mayor Zohran Mamdani

First Name Last Name

Mayor

Current Job Title (or other identifying information)

City hall

Current Work Address (or other address where defendant may be served)

new york new york 10007

County, City State Zip Code

i. Randall Hutchison v FBI Feild OFFICE new york

Defendant 4: New york attorney General letitia James
First Name Last Name
OFFICE OF the new york attorney General
Current Job Title (or other identifying information)
The Capital
Current Work Address (or other address where defendant may be served)
Albany new york 12224
County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Across United States; Europe; Canada

Date(s) of occurrence: Since 2014

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

After leaving Federal Prison in 2014, I became A NATO Asset - CIA ... to seek citizenship to All NATO nations... As In ohio I've suffered 15 wrongful convictions, as ohio runs a "Pay to Play" scheme The Federal Judges, united states attorneys, FBI Feild OFFICE in columbus ohio, ran a "pay to play" scheme with Les wexner and ohio State university.. As evidence was being planted, Fabricated and destroyed.. They were being hacked ... I was a NATO State sponsered hacker ... who used to be a member of Anonymous, chaos computer club and Guacamaya ... I have Deep Friendships with members OF Hacking Groups Luckbit, clcp, conti, Rhysida, Shinyhunters, and many others ... I lead the hacking campaign

Against the Russian, chinese, north korean and Iranian military and Intelligence Agencys... Starting in 2021 I started providing Intelligence to All NATO... I'am a member of the Ukrainian Drone squad... my Intelligence has Stopped countless ISIS, Al-Qaeda, Hezbollah, Hamas, Houthi, Taliban suicide Bombers, It was my Intelligence that Just stopped The ISIS Bombing in new york by Jessica Bowie My Intelligence is used to Stop the FARC and Cartel... As In 2021 I started to release the Jeffrey

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I've been illegally detained 12 years... I'm Stolost Billions From the united States government to things related to Drones, Robotics A.I, solar panels... From companies like Anduril, Intel, nvidia, META. Google, First Solar, Dell, Sandisk, micron, Bitcoin and others

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want all State and Federal OFFICIALS to gain my release... To make public Statements how many lives I've saved... To clear my name.. Force all Federal and State OFFICIALS; to protect me From the United States District Judges in columbus Ohio... United States attorney in columbus ohio and FBI Field OFFICE in columbus ohio

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9-23-26
Dated

[signature]
Plaintiff's Signature

RANDALL
First Name

Middle Initial

Hutchison
Last Name

P.O Box 300
Street Address

Orient
County, City

Ohio
State

43146
Zip Code

N/A
Telephone Number

N/A
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

1.

Epstein Files and les wexner Files ... which Includes all e-mail, text, pictures and photo's of all Federal Judges in columbus ohio ... As all Federal Judges in columbus ohio are in the Jeffrey Epstein and les wexner Files ... As the Ohio State university and ohio State Brd OF trustee's, Bribe all Federal Judges, United States attorney's and FBI Agents in columbus Ohio ... Judge Marbley is a child molester who threatened me repeatly, because he is a child rapist and I turned all Files to the United States Senate and House Judiciary committee in washington D.C ... As I had to expose all these corrupt republicans in ohio they In turn threaten me ... As they use my Intelligence, they Steal Billions From me ... They use my Inventions in Drones, Robotics, A.I, Battery Storage, electric vehicles, turbines, nuclear Fusion ... As the Federal Judges in columbus Ohio and United States attorney in columbus ohio conspired with State OFFICIALS in 2009 to plant, Fabricate and destroy evidence ... This is why I became a NATO Asset in 2014 ... As ohio is so corrupt ... on nov 5th 2024 I only ran to smash a USB Drive ... which contained NATO - CIA Intelligence ... As they Further made the TV Show "The Agency" about U.S Rep ILHAN OMAR and I ... The made the movie "The Amateur" is about me ... The movie "Bee Keeper" was inspired

Defendant

5. French embassy
4101 Reservoir rd NW
washington D.C 20007

6 Canadian Parliament
2 rideau st
Senate OFFICE Buildings rm A.408
Ottawa ontario K1A 0A4

7. OFFICE OF Prime minister
80 wellington st
OTTAWA Ontario K1A 0A2

8 Ukraine embassy
3350 M st nw
washington D.C 20007

9. United States Senate Judiciary committee
224 Dirksen Senate OFFICE Buildings
washington D.C 20510

10. United States House Judiciary committee
2138 Rayburn House OFFICE Buildings
washington D.C 20515

11 United States Attorney General Todd Blanche
950 pennsylvania Ave
washington D.C 20530

12 President Trump
1600 pennsylvania Ave
washington D.C 20500

Randall Hutchison 730337
P.O Box 300
Orient Ohio 43146

COLUMBUS OH 430
28 SEP 2026 PM 5 L
Inmate Correspondence

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 43146 $ 000.78⁰
0008029752 SEP. 28 2026

Pro Se

RECEIVED
PRO SE OFFICE
2026 OCT -5 AM 10:37

USM P3
SDNY

RECEIVED
OCT 2 - 2026
CLERK'S OFFICE
S.D.N.Y.

United States District Court
Southern District OF new York
500 Pearl Street
New York, new York 10007

CLASSIFIED
"Legal Mail"

INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4282-4263

CLASSIFIED
"Legal mail"

10007-133099

CLASSIFIED
"Legal Mail"

RANDAll [illegible] 734-337
P.O BOX 300
orient ohio 43146

COLUMBUS OH 430
Inmate Correspondence
28 SEP 2026 PM 5 L

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 43146 $ 000.78⁰
02 7W
0008029752 SEP 28 2026

Pro Se

USM P3
SDNY

United States District court
Southern District OF New york
500 pearl Street
New york, new york 10007

RECEIVED
OCT 2 - 2026
CLERK'S OFFICE
S.D.N.Y.

SDNY PRO SE OFFICE
2026 OCT -5 AM 10:57
RECEIVED

CLASSIFIED
"Legal mail"

INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

CLASSIFIED
"Legal mail"

10007-133098

CLASSIFIED
"Legal mail"

RANDAll Hutchison 730 337
PO BOX 300
orient ohio 43146

COLUMBUS OH 430
28 SEP 2026 PM 2 L

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 43146 $ 000.78⁰
02 7W
0008029752 SEP 28 2026

Pro Se

USM P3
SDNY
2026 OCT -5 AM 10:37

United States District court
Southern District of New york
500 pearl Street
New york, new york 10007

RECEIVED
OCT 2 - 2026
CLERK'S OFFICE
S.D.N.Y.

Legal mail
INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

"Legal Mail"

"Legal Mail"